EDWARD J. BULLWINKEL, Respondent, v. FRANK M. FIROR, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

RICHARD P. CARRIGAN, Respondent, v. LONDON TAXI CORPORATION, Appellant, and Another, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant pay respondent ten dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JOHN SHERMAN CLARK and JULIA M. CLARK, Respondents, v. THE CITY OF NEW ROCHELLE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Lazansky, P. J., Rich, Seeger and Carswell, JJ., concur; Young, J., taking no part.

FRANCESCO DI MEGLIO, Respondent, v. STEAMSHIP TERMINAL OPERATING CORPORATION and WILHELMSENS D/S A/S, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellants pay respondent thirty dollars costs and ten dollars costs of motion; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MARIE DITTLE, as Administratrix, etc., of LOUIS DITTLE, Deceased, Respondent, v. ROCKLAND LIGHT AND POWER COMPANY, Appellant, and FRED T. LEY & Co., INC., Defendant.— Motion for stay of examination before trial, pending appeal, denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

E. B. F. REALTY CORPORATION and PHILIP J. COFFEY, Appellants, v. EGBERT L. BURNETT and LETTIE A. BURNETT, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellants pay respondents ten dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MYER EFROS and ADOLPH M. WEISS, Copartners, etc., Respondents, v. AUGUSTUS L. REYNOLDS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MAURICE ENGELHARDT, Plaintiff, v. ALVINO REALTY CO., INC., Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JOHN ENRIGHT, Respondent, v. MARY A. MUENCH and EMILY E. MUENCH, as Executrices, etc., of BERNHARD MUENCH, Deceased, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.